AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Manuel RODRIGUEZ-ROSALES | ) | Case No. 3:25mj17 |
| | ) | |
| *Defendant(s)* | ) | |



## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2, 2025__ in the county of __Prince Edward__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1253(a)(1)(C) | Conniving or conspiring, or taking any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to a final order of removal. |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Wasser, Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/03/2025

/s/ MRC
*Judge's signature*

City and state: Richmond, Virginia       Hon. Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*